431 A.2d 279

COMMONWEALTH of Pennsylvania

v.

Juan MARRERO, Appellant.

Supreme Court of Pennsylvania.

Submitted April 28, 1981.

Decided July 10, 1981.

Burton A. Rose, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Jane Cutler Greenspan, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

OPINION

PER CURIAM.

Judgments of Sentence Affirmed.